UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BOBBY BAILEY and ROBERT P. SMITH | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:05-0435 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| USF HOLLAND, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment (Docket No. 57; 60) filed by the defendant, USF Holland, Inc., are **DENIED**, the Motions to Strike filed by the defendant (Docket No. 100; 101; 102), are **DENIED**, and the Motion to Supplement Responses filed by the plaintiffs is **GRANTED**.

It is so ordered.

Enter this 17th day of July 2006.

ALETA A. TRAUGER
United States District Judge